Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of cotton pistol belts similar in all material respects to those the subject of Abstract 64074, the claim of the plaintiffs was sustained.

No. 65484.—Empire Findings Co., Inc. v. United States, protests 59/26643, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of otoscopes similar in all material respects to those the subject of *Empire Findings Co., Inc.* v. *United States* (44 Cust. Ct. 21, C.D. 2148), the claim of the plaintiff was sustained.

No. 65485.—Empire Findings Co., Inc. v. United States, protests 59/30615, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of otoscopes similar in all material respects to those the subject of *Empire Findings Co., Inc.* v. *United States* (44 Cust. Ct. 21, C.D. 2148), the claim of the plaintiff was sustained.

No. 65486.—Sports International, Inc., and H. B. Thomas & Co. v. United States, protest 60/24087 (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of golf caddy carts similar in all material respects to those the subject of Abstract 64052, the claim of the plaintiffs was sustained.

No. 65487.—Albert Kessler & Co. and Arthur J. Fritz et al. v. United States, protests 59/31551, etc. (San Francisco).